**Order entered July 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00693-CV

### ALEXANDER BEGUM, Appellant

### V.

### CHIRSTOPHER RISER AND RISER ADKISSON, LLP, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17623**

## ORDER

Before the Court is Edward Jason Dennis and Lynn Pinker Cox & Hurst, LLP's motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Dennis and Lynn Pinker Cox & Hurst as appellant's counsel. Roger Topham of the Law Office of Don Tittle, PLLC remains as counsel for appellant and shall be designated lead counsel.

Appellant's motion for voluntary dismissal remains pending.


/s/      KEN MOLBERG
         JUSTICE